# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BANK OF AMERICA, N.A., Individually & as Assignee of certain claims, <br><br> Plaintiff, <br><br> v. <br><br> JAMES A. KNIGHT, CYNTHIA KNIGHT, DEFOREST DAVIS, PAUL FLASK, MARIE O'BARR, BARRY BRUBAKER, PETER WILLMOTT, ROBERT WASIELEWSKI, LISA ROGERS, OLNEY PARTNERS LP, KNIGHT QUARTZ FLOORING – GLOBAL, LLC, QUARTZ FLOORING NORTH AMERICA LLC, FGMK, LLC, FROST, RUTTENBERG, & ROTHBLATT, P.C., <br><br> Defendants. | Case No. 11-303 <br><br> Hon. Robert W. Gettleman <br><br> Magistrate Judge: Morton Denlow |

## NOTICE OF APPEAL

Notice is hereby given that Bank of America, N.A., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order [Docket No. 107] entered in this action on June 21, 2012.

Dated: July 18, 2012

Respectfully submitted,
BANK OF AMERICA, N.A.

by:    /s/ Theresa L. Davis
       (one of its attorneys)
Michael L. Molinaro (ARDC No. 6183321)
Theresa L. Davis (ARDC No. 6224757)
 (counsel of record)
Erik W. Chalut (ARDC No. 6269521)
Blair R. Zanzig (ARDC No. 6273293)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Telephone: 312.464.3100
Facsimile: 312.464.3111
 mmolinaro@loeb.com
 tdavis@loeb.com
 echalut@loeb.com
 bzanzig@loeb.com

*Counsel for Bank of America, N.A.*

CH90099.1
210322-10032

## CERTIFICATE OF SERVICE

I, Theresa L. Davis, an attorney, hereby certify that on the 18th day of July, 2012, I electronically filed a copy of the foregoing **Notice of Appeal.** Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Theresa L. Davis

CH90099.1
210322-10032

2